THE NORTH SIDE PLANING MILL, *a Partnership, etc.,* v.
F. B. KIMBALL *et al., as Trustees, etc.*
No. 15,500. (95 Pac. 1134.)

CASE-MADE—*Amendment.* It was said that when the trial judge
has certified a case-made to this court no amendment thereto
can be allowed.

Error from Wilson district court; LEANDER STILL-
WELL, judge. Opinion filed April 11, 1908. Affirmed.

*A. L. Billings,* for plaintiffs in error.

*J. K. Demoss,* for defendants in error.

*Per Curiam:* Plaintiffs in error first ask to amend
the case-made, and affidavits are presented *pro* and *con*
upon this motion. The affidavit of the trial judge is to
the effect that the record is correct as it stands. It is
for the trial judge to certify the case-made to this court,
and in no event could we allow an amendment thereto,
even with his consent. It may not be inappropriate to
add, however, that nothing in the showing made in sup-
port of the motion leads this court to doubt that the
proceedings were as represented by the trial judge. In-
deed, the controversy over the question of fact is more
apparent than real.

The other errors complained of are all, save one, trial
errors alleged to have occurred and to which no excep-
tion was taken at the time. They cannot be considered.

The one assignment which we can consider is the
finding of the court that there was a valid lien, amount-
ing to $1399.47, which sum the plaintiffs in error were
by the terms of their contract bound to discharge. This
finding is in accordance with the express provision of
the bond given by the plaintiffs in error, as contractors,
to the defendants in error.

We find no error in the proceedings of the court. The
judgment is therefore affirmed.